FILED
CLERK, U.S. DISTRICT COURT
SEPTEMBER 9, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ch DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Kresha Cael
17251 Dante St
Victorville, CA 92394
Phone: (951) 906-0793
Email: Intimehome.ad@gmail.com
Proposed Next Friend for Petitioner A.C.
 

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| A.C., by and through his proposed next friend KRESHA CAEL,<br>Petitioner,<br>v.<br>JEANY ZEPEDA, Director of San Bernardino County Children and Family Services,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:26-cv-04500-AB-BFM<br>DECLARATION OF KRESHA CAEL IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE<br>Assigned to the Hon. Brianna Fuller Mircheff, United States Magistrate Judge |

 

**<u>DECLARATION OF KRESHA CAEL</u>**

I, Kresha Cael, declare as follows:

1. I am the proposed next friend of Petitioner A.C. in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, except where stated on information and belief, and if called as a witness I could and would testify competently to them.

2. On or about December 21, 2023, A.C. was transferred from a police station to Loma Linda University Medical Center. My cousin remained with A.C. at the hospital for approximately 45 minutes while I drove from Victorville to the hospital to regain custody of him.

3. I was arrested upon my arrival at the hospital and was released that same night. Upon my release, I immediately sought to regain custody of A.C. and was told I could not do so.

4. A social worker arrived at the hospital only after my cousin had already agreed to care for A.C. The Department of Children and Family Services then took A.C. from my cousin's

care.

5. On August 31, 2026, the same day the Court's Order to Show Cause issued in this matter, I contacted the Los Angeles Federal Pro Se Clinic by telephone and left a message requesting assistance in securing counsel for A.C. As of the date of this declaration, I have not yet received a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on: 9-2-26, at Victorville, California.

   

______________________________
Kresha Cael, Declarant